**FILED**

**APR - 8 2015**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

RYAN BAGWELL                                        )
5219 Shorecrest Drive                               )
Middleton, WI 53562                                 )
(608) 466-9195,                                     )
                                                    )
                                                    )
                      *Plaintiff*                   )
                                                    )       Case: 1:15-cv-00531
                                                    )       Assigned To : Cooper, Christopher R.
           v.                                       )       Assign. Date : 4/8/2015
                                                    )       Description: FOIA/Privacy Act (I Deck)
                                                    )
U.S. DEPARTMENT OF JUSTICE                          )
950 Pennsylvania Ave. NW                            )
Washington, D.C. 20530-0001,                        )
                                                    )
                      *Defendant*                   )

---

### MOTION FOR CM/ECF USER NAME AND PASSWORD

NOW COMES Plaintiff Ryan Bagwell, appearing *pro se*, to respectfully move the Court

to permit Plaintiff to obtain an ECF user name and password pursuant to LCvR 5.4 (b)(2). In

support thereof, Plaintiff states the following:

     1.    Plaintiff is presently a named party in the above case.

     2.    Plaintiff is a professional Internet software developer with extensive knowledge

of computer use.

     3.    Plaintiff has dedicated and reliable Internet access at his disposal.

     4.    Plaintiff regularly sends and receives e-mail and has the capability to exchange

e-mail with Defendant, the Court and the CM/ECF system.



RECEIVED
Mail Room

APR - 8 2015

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

5.      Plaintiff has experience with composing documents electronically, converting said documents to Portable Document Format ("PDF") and filing documents electronically with the Commonwealth Court of Pennsylvania.

6.      Plaintiff has viewed the Clerk's online CM/ECF tutorial, and understands and agrees to all rules and regulations governing the use of the CM/ECF filing system.

7.      Parcels exchanged between the Clerk's office and Plaintiff at his Wisconsin residence via First Class U.S. Mail are delivered approximately seven days from the date they are sent. Therefore, requiring Plaintiff to receive notices of case filings and other events via U.S. mail will compress the period of time available for Plaintiff to respond by approximately seven (7) to fourteen (14) days.

8.      Because Defendant U.S. Department of Justice is a government agency, it is anticipated that agency counsel will receive immediate notices of events in this matter via CM/ECF.

9.      Forcing Plaintiff to file documents and receive notices of filings and other case events via U.S. Mail while permitting Defendant to file documents and receive notices electronically will leave Plaintiff with significantly less time to create and file responses than Defendant.

10.     Unless the Court permits Plaintiff to file documents and receive notices of case events via the CM/ECF system, Plaintiff will be significantly disadvantaged.

WHEREFORE, Plaintiff respectfully requests that the Court (1) grant the Motion for CM/ECF User Name and Password, and; (2) grant such other relief as is equitable and just.

Respectfully submitted,

Ryan Bagwell
5219 Shorecrest Drive
Middleton, WI 53562
608-466-6195
ryan@ryanbagwell.com

Date: 4/1/15