IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RYAN BAGWELL<br>5219 Shorecrest Drive<br>Middleton, WI 53562,<br><br>*Plaintiff*<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC 20530-0001,<br><br>*Defendant* | Civil Action No. 1:15-cv-00531 CRC |

## NOTICE OF FILING OF PROOF OF SERVICE

Plaintiff Ryan Bagwell respectfully submits the attached Declaration of Kristen Allison as proof that service of process has been effected on the U.S. Department of Justice, the U.S. Attorney General and the U.S. Attorney for the District of Columbia in the above-captioned matter.

Respectfully submitted,

Ryan Bagwell
5219 Shorecrest Drive
Middleton, WI 53562
(608) 466-6195
ryan@ryanbagwell.com

Date: 4/27/15

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RYAN BAGWELL<br>5219 Shorecrest Drive<br>Middleton, WI 53562,<br><br>*Plaintiff*<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC 20530-0001,<br><br>*Defendant* | Civil Action No. 1:15-cv-00531 CRC |

## DECLARATION OF KRISTEN ALLISON

I, KRISTEN ALLISON, declare as follows:

1. My name is Kristen Allison. I am 34 years old, of sound mind and fully competent to make this declaration.

2. On April 20, 2015, I mailed a copy of the summons and complaint filed in the above-captioned matter via certified United States Postal Service ("USPS") Priority Mail to the following parties:

U.S. Department of Justice  
950 Pennsylvania Avenue, N.W.  
Washington, DC 20530-0001  

U.S. Attorney for the District of Columbia  
555 Fourth St. NW  
Washington, DC 20530  

U.S. Attorney General  
950 Pennsylvania Ave. NW  
Washington, DC 20530

True and correct copies of the certified mail receipts are attached hereto as Exhibit 1.

3. According to the USPS Track and Confirm website, the documents were delivered to Defendant U.S. Department of Justice and nonparties U.S. Attorney for the District of Columbia and U.S. Attorney General on April 27, 2015. True and correct copies of USPS web pages indicating the delivery dates are attached hereto as Exhibit 2.

I declare under the penalty of perjury that the foregoing is true and correct.

_____
Kristen Allison

Executed on: 4/27/15

# Exhibit 1



7014 2870 0002 3173 7918

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

WASHINGTON DC 20530
OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ $6.15 | 0248 |
| Certified Fee | $3.30 | 09 |
| Return Receipt Fee (Endorsement Required) | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $9.45 | 04/20/2015 |

USPS 53562 MADISON WI MIDDLETON BR APR 20 2015

Sent To: U.S. Dept. of Justice
Street & Apt. No., or PO Box No.: 950 Pennsylvania Ave NW
City, State, ZIP+4: Washington, DC 20530-0001

PS Form 3800, July 2014 — See Reverse for Instructions

7014 2870 0002 3173 7895

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

WASHINGTON DC 20530
OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ $6.15 | 0248 |
| Certified Fee | $3.30 | 09 |
| Return Receipt Fee (Endorsement Required) | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $9.45 | 04/20/2015 |

USPS 53562 MADISON WI MIDDLETON BR APR 20 2015

Sent To: U.S. Atty for the Dist. of Columbia
Street & Apt. No., or PO Box No.: 555 4th St. NW
City, State, ZIP+4: Washington, DC 20530

PS Form 3800, July 2014 — See Reverse for Instructions

7014 2870 0002 3173 7901

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

WASHINGTON DC 20530
OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ $6.15 | 0248 |
| Certified Fee | $3.30 | 09 |
| Return Receipt Fee (Endorsement Required) | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $9.45 | 04/20/2015 |

USPS 53562 MADISON WI MIDDLETON BR APR 20 2015

Sent To: U.S. Attorney General
Street & Apt. No., or PO Box No.: 950 Pennsylvania Ave. NW
City, State, ZIP+4: Washington, DC 20530

PS Form 3800, July 2014 — See Reverse for Instructions

MIDDLETON POST OFFICE
MIDDLETON, Wisconsin
535623191
5654840248 -0095
04/20/2015 (608)831-2953 03:41:27 PM

Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| @@ ~~ WASHINGTON DC 20530 Zone-5 Priority Mail 2-Day By Weight 2.60 oz. Expected Delivery: Wed 04/22/15 Includes up to $50 insurance | | | $6.15 |
| @@ Certified USPS Certified Mail #: 70142870000231737901 | | | $3.30 |
| Issue Postage: | | | $9.45 |
| @@ ~~ WASHINGTON DC 20530 Zone-5 Priority Mail 2-Day By Weight 2.70 oz. Expected Delivery: Wed 04/22/15 Includes up to $50 insurance | | | $6.15 |
| @@ Certified USPS Certified Mail #: 70142870000231737895 | | | $3.30 |
| Issue Postage: | | | $9.45 |
| @@ ~~ WASHINGTON DC 20530 Zone-5 Priority Mail 2-Day By Weight 2.60 oz. Expected Delivery: Wed 04/22/15 Includes up to $50 insurance | | | $6.15 |
| @@ Certified USPS Certified Mail #: 70142870000231737918 | | | $3.30 |
| Issue Postage: | | | $9.45 |
| Total: | | | $28.35 |

Paid by:
MasterCard $28.35
Account #: XXXXXXXXXXXX7487
Approval #: 07064B
Transaction #: 99
23 903250629

@@ For tracking or inquiries go to USPS.com or call 1-800-222-1811.

****************************************
****************************************

BRIGHTEN SOMEONE'S MAILBOX. Greeting cards available for purchase at select Post Offices.

****************************************
****************************************

In a hurry? Sel[illegible]
quick and
Assoc[illegible]

# Exhibit 2

English    Customer Service    USPS Mobile                                    Register / Sign In



# USPS Tracking™

**Customer Service ›**
Have questions? We're here to help.

**Tracking Number:** 70142870000231737901

**Updated Delivery Day:** Saturday, April 25, 2015

## Product & Tracking Information

**Available Actions**

**Postal Product:**
Priority Mail 2-Day™

**Extra Svc:**
Certified Mail™

Up to $50 insurance included
Restrictions Apply

**Text Updates**

**Email Updates**

**Return Receipt After Mailing**

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **April 27, 2015 , 4:44 am** | **Delivered** | **WASHINGTON, DC 20530** |
| Your item was delivered at 4:44 am on April 27, 2015 in WASHINGTON, DC 20530. | | |
| April 24, 2015 , 12:48 pm | Available for Pickup | WASHINGTON, DC 20530 |
| April 24, 2015 , 12:04 pm | Arrived at Unit | WASHINGTON, DC 20018 |
| April 22, 2015 , 10:54 am | Departed USPS Facility | WASHINGTON, DC 20018 |
| April 22, 2015 , 10:54 am | Departed USPS Facility | WASHINGTON, DC 20066 |
| April 22, 2015 , 5:32 am | Arrived at USPS Origin Facility | WASHINGTON, DC 20018 |
| April 22, 2015 , 2:17 am | Arrived at USPS Origin Facility | WASHINGTON, DC 20066 |
| April 20, 2015 , 11:12 pm | Departed USPS Facility | OAK CREEK, WI 53154 |
| April 20, 2015 , 10:32 pm | Arrived at USPS Facility | OAK CREEK, WI 53154 |
| April 20, 2015 , 3:38 pm | Acceptance | MIDDLETON, WI 53562 |

## Track Another Package

**Tracking (or receipt) number**

Track It

English  Customer Service  USPS Mobile  Register / Sign In



# USPS Tracking™

**Customer Service ›**
Have questions? We're here to help.

**Tracking Number:** 70142870000231737918

**Updated Delivery Day:** Saturday, April 25, 2015

## Product & Tracking Information

**Postal Product:**
Priority Mail 2-Day™

**Extra Svc:**
Certified Mail™

Up to $50 insurance included
Restrictions Apply

### Available Actions

**Text Updates**

**Email Updates**

**Return Receipt After Mailing**

| DATE & TIME | STATUS OF ITEM | LOCATION |
| --- | --- | --- |
| **April 27, 2015 , 4:44 am** | **Delivered** | **WASHINGTON, DC 20530** |
| Your item was delivered at 4:44 am on April 27, 2015 in WASHINGTON, DC 20530. | | |
| April 24, 2015 , 12:48 pm | Available for Pickup | WASHINGTON, DC 20530 |
| April 24, 2015 , 12:30 pm | Arrived at Unit | WASHINGTON, DC 20018 |
| April 22, 2015 , 10:54 am | Departed USPS Facility | WASHINGTON, DC 20018 |
| April 22, 2015 , 10:54 am | Departed USPS Facility | WASHINGTON, DC 20066 |
| April 22, 2015 , 5:32 am | Arrived at USPS Origin Facility | WASHINGTON, DC 20018 |
| April 22, 2015 , 2:18 am | Arrived at USPS Origin Facility | WASHINGTON, DC 20066 |
| April 20, 2015 , 11:12 pm | Departed USPS Facility | OAK CREEK, WI 53154 |
| April 20, 2015 , 10:32 pm | Arrived at USPS Facility | OAK CREEK, WI 53154 |
| April 20, 2015 , 3:40 pm | Acceptance | MIDDLETON, WI 53562 |

## Track Another Package

**Tracking (or receipt) number**

**Track It**

English     Customer Service     USPS Mobile     Register / Sign In



# USPS Tracking<sup>TM</sup>

**Customer Service ›**
Have questions? We're here to help.

**Tracking Number:** 70142870000231737895

**Updated Delivery Day:** Saturday, April 25, 2015

## Product & Tracking Information

**Postal Product:**
Priority Mail 2-Day<sup>TM</sup>

**Extra Svc:**
Certified Mail<sup>TM</sup>

Up to $50 insurance included
Restrictions Apply

## Available Actions

**Text Updates**

**Email Updates**

**Return Receipt After Mailing**

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **April 27, 2015 , 4:44 am** | **Delivered** | **WASHINGTON, DC 20530** |
| | Your item was delivered at 4:44 am on April 27, 2015 in WASHINGTON, DC 20530. | |
| April 24, 2015 , 12:48 pm | Available for Pickup | WASHINGTON, DC 20530 |
| April 24, 2015 , 12:13 pm | Arrived at Unit | WASHINGTON, DC 20018 |
| April 22, 2015 , 10:54 am | Departed USPS Facility | WASHINGTON, DC 20018 |
| April 22, 2015 , 10:54 am | Departed USPS Facility | WASHINGTON, DC 20066 |
| April 22, 2015 , 5:32 am | Arrived at USPS Origin Facility | WASHINGTON, DC 20018 |
| April 22, 2015 , 2:17 am | Arrived at USPS Origin Facility | WASHINGTON, DC 20066 |
| April 20, 2015 , 11:12 pm | Departed USPS Facility | OAK CREEK, WI 53154 |
| April 20, 2015 , 10:32 pm | Arrived at USPS Facility | OAK CREEK, WI 53154 |
| April 20, 2015 , 3:39 pm | Acceptance | MIDDLETON, WI 53562 |

## Track Another Package

**Tracking (or receipt) number**

[                                    ]    **Track It**