**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **RYAN BAGWELL** ) <br> 5219 Shorecrest Drive ) <br> Middleton, WI 53562 ) <br> ) <br> vs. ) <br> ) <br> **U.S. DEPARTMENT OF JUSTICE,** ) <br> 950 Pennsylvania Avenue, NW ) <br> Washington, D.C. 20530 ) <br> _____ ) | Civil Action No. 15-0531 (CRC) |

**DEFENDANTS' MOTION FOR AN EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND TO THE
COMPLAINT**

Defendants, United States Department of Justice ("DOJ"), and its component, the Executive Office of the United States Attorneys ("EOUSA"), by and through undersigned counsel, respectfully moves for an extension of time, to and through, June 28, 2015 to file its Answer or otherwise respond to the Complaint. The current deadline is May 28, 2015. Undersigned counsel conferred with Prose Plaintiff, Ryan Bagwell, and he does not object to this extension.

The extension is necessary for the following reason. As of the week of May 18, 2015, this case was recently assigned to agency counsel at EOUSA. Undersigned counsel has not had an opportunity to consult with the EOUSA, and Defendants need additional time to properly consult with undersigned counsel regarding the Answer or other response to the Complaint.

This is Defendants' first request to extend this deadline.  A proposed order is attached.

Dated: May 26, 2015   Respectfully submitted,

           VINCENT H. COHEN, Jr.
           ACTING UNITED STATES ATTORNEY
           D.C. BAR NUMBER  471489

           DANIEL F. VAN HORN, D.C. Bar No. 924092
           Chief, Civil Division


           _____/s/_____
           RHONDA L. CAMPBELL, D.C. Bar No. 462402
           Assistant United States Attorneys
           Civil Division
           555 4th Street, N.W.
           Washington, D.C. 20530
           (202) 252-2559
           Rhonda.campbell@usdoj.gov

           Counsel for Defendant United States

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **RYAN BAGWELL** )<br>5219 Shorecrest Drive )<br>Middleton, WI 53562 )<br>)<br>vs. )<br>)<br>**U.S. DEPARTMENT OF JUSTICE,** )<br>950 Pennsylvania Avenue, NW )<br>Washington, D.C. 20530 )<br>_____ ) | Civil Action No. 15-0531 (CRC) |

**ORDER**

Upon consideration of Defendants' Motion for Extension of Time to Answer or otherwise respond to the Complaint, it is hereby

**ORDERED** that Defendants' Motion is **GRANTED**, and Defendants shall file an Answer or otherwise respond to the Complaint no later than June 28, 2015.

Dated this ___ day of May, 2015.

_____
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**