UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RYAN BAGWELL ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:15-cv-00531 (CRC) |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| JUSTICE ) | |
| ) | |
| Defendant. ) | |

## JOINT MOTION TO ESTABLISH A BRIEFING SCHEDULE

The parties, Ryan Bagwell (Plaintiff), and the United States Department of Justice (DOJ) (Defendant), through and by undersigned counsel, hereby submit this Joint Motion to Establish a Briefing Schedule pursuant to the court's order of June 30, 2015. The parties ask that the court establish the following schedule:

1. Defendant will file its motion for summary judgment on or before August 28, 2015.

2. Plaintiff will file his opposition/cross-motion for summary judgment on or before October 13, 2015.

3. Defendant will file its opposition/reply brief on or before November 13, 2015.

4. Plaintiff will file his reply brief on or before December 13, 2015.

A proposed order is attached to this motion.

Respectfully submitted,

_____/s/_____
RYAN BAGWELL
5219 Shorecrest Drive
Middleton, WI 53562
Prose Plaintiff

VINCENT H. COHEN, Jr.
ACTING UNITED STATES ATTORNEY
D.C. BAR NUMBER  471489

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division


_____/s/_____
RHONDA L. CAMPBELL, D.C. Bar No. 462402
Assistant United States Attorneys
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2559
Rhonda.campbell@usdoj.gov

Counsel for Defendant United States

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RYAN BAGWELL ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:15-cv-00531 (CRC) |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| JUSTICE ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

AND NOW, on this _____ day of _____ 2015, upon consideration of the parties' Joint Motion to Establish a Briefing Schedule, it is hereby **ORDERED** that the motion is **GRANTED**. It is further ordered that:

1. Defendant shall file its motion for summary judgment on or before August 28, 2015.

2. Plaintiff shall file his opposition/cross-motion for summary judgment on or before October 13, 2015.

3. Defendant shall file its opposition/reply brief on or before November 13, 2015.

4. Plaintiff shall file his reply brief on or before December 13, 2015.

_____
**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**