IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RYAN BAGWELL, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE <br><br> Defendant. | Civil Action No. 1:15-cv-00531 (CRC) |

## NOTICE OF CHANGE OF ADDRESS

Plaintiff Ryan Bagwell hereby files this Notice of Change of Address in the above captioned case. All future pleadings, memoranda, correspondence, orders, etc., shall be sent to:

Ryan Bagwell
22 Cowdrey Lane
Acton, MA 01720

Respectfully submitted

Ryan Bagwell
22 Cowdrey Lane
Acton, MA 01720
608-466-6195
ryan@ryanbagwell.com

Date:  7/25/15

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Change of Address was furnished via electronic filing to:

RHONDA L. CAMPBELL
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2559
Rhonda.campbell@usdoj.gov

Counsel for Defendant United States Department of Justice

Ryan Bagwell
22 Cowdrey Lane
Acton, MA 01720
608-466-6195
ryan@ryanbagwell.com

Date:   7/25/15