**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **RYAN BAGWELL** | ) | |
|  | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | **Civil Action No. 15-0531 (CRC)** |
|  | ) | |
| **U.S. DEPARTMENT OF JUSTICE,** | ) | |
|  | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

## NOTICE TO THE COURT

Defendants, United States Department of Justice ("DOJ"), and its component, the Executive Office of the United States Attorneys ("EOUSA"), by and through undersigned counsel, respectfully submits this Notice in response to Plaintiff's Motion to Compel (ECF No. 9).

The parties currently have a Court Ordered briefing schedule (*see* July 15, 2015, Minute Order), which makes Plaintiff's Motion to Compel premature, and a waste of this Court's valuable resources.   Moreover, in response to Plaintiff's Motion, Defendant has already created a <u>Vaughn</u> Index, which will be filed as an exhibit with Defendant's opening brief.   Defendant respectfully requests that the Court deny Plaintiff's Motion as premature.


Dated: August 14, 2015              Respectfully submitted,

                                    VINCENT H. COHEN, Jr.
                                    ACTING UNITED STATES ATTORNEY
                                    D.C. BAR NUMBER  471489

                                    DANIEL F. VAN HORN, D.C. Bar No. 924092
                                    Chief, Civil Division


                                    _____    /s/ _____
                                    RHONDA L. CAMPBELL, D.C. Bar No. 462402
                                    Assistant United States Attorneys
                                    Civil Division
                                    555 4th Street, N.W.
                                    Washington, D.C. 20530
                                    (202) 252-2559
                                    Rhonda.campbell@usdoj.gov

                                    Counsel for Defendant United States