# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RYAN BAGWELL, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Civil Action No. 15-0531 (CRC) |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR SUMMARY JUDGMENT

Defendant, United States Department of Justice ("DOJ"), and its component, the Executive Office for United States Attorneys ("EOUSA"), by and through undersigned counsel, hereby move for summary judgment pursuant to Federal Rule of Civil Procedure 56 on Plaintiff's Complaint on the grounds that no genuine issue of material fact exists, and Defendant EOUSA is entitled to judgment as a matter of law.

Defendant EOUSA has satisfied all of its obligations with respect to Plaintiff's FOIA and the Privacy Act requests. Further, the Vaughn[1] Index and the Agency Declarations (both attached hereto), demonstrate that Defendant EOUSA produced all of the responsive records to which Plaintiff is entitled.[2]

---

[1] *Vaughn. Rosen,* 523 F.2d 1136, 1144 (D.C. Cir. 1975).

[2] Plaintiff, is hereby advised that failure to respond to this motion may result in the Court granting the motion. *See Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988). Plaintiff should also take notice that any factual assertions contained in the affidavits and other attachments in support of Defendant's motion will be accepted by the Court as true unless Plaintiff submits his own affidavits or other documentary evidence contradicting the assertions in Defendant's attachments. *See Neal v. Kelly*, 963 F.2d 453, 457 (D.C. Cir. 1992).

In support of this motion, Defendant respectfully refers the Court to the accompanying statement of material facts not in dispute and Memorandum of Points and Authorities with exhibits attached thereto.

Date: August 28, 2015               Respectfully submitted,

                                    VINCENT H. COHEN, Jr.
                                    Acting United States Attorney
                                    D.C. BAR NUMBER  471489

                                    DANIEL F. VAN HORN, D.C. Bar No. 924092
                                    Chief, Civil Division


                                    _____ /s/_____
                                    RHONDA L. CAMPBELL, D.C. Bar No. 462402
                                    Assistant United States Attorneys
                                    Civil Division
                                    555 4th Street, N.W.
                                    Washington, D.C. 20530
                                    (202) 252-2559
                                    Rhonda.campbell@usdoj.gov

                                    *Counsel for Defendant United States*