**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **RYAN BAGWELL** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:15-cv-00531 (CRC) |
| ) | |
| **UNITED STATES DEPARTMENT OF** ) | |
| **JUSTICE** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR
SUMMARY JUDGMENT AND PLAINTIFF'S CROSS-MOTION FOR
PARTIAL SUMMARY JUDGMENT**

Plaintiff Ryan Bagwell hereby opposes Defendant's August 28, 2015 Motion for Summary Judgment, and cross-moves for partial summary judgment with regard to the 104 pages of withheld records Defendant has reviewed for potential release. A statement of genuine issues regarding Defendant's statement of material facts, Plaintiff's statement of material facts not in dispute, a memorandum of points and authorities, and a proposed Order are filed herewith.

Respectfully submitted,

Ryan Bagwell
22 Cowdrey Lane
Acton, MA 01720
(608) 466-6195
ryan@ryanbagwell.com

Date:   10/13/15