IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RYAN BAGWELL** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**UNITED STATES DEPARTMENT OF** )<br>**JUSTICE** )<br>)<br>Defendant. )<br>) | Civil Action No. 1:15-cv-00531 (CRC) |

## ORDER

AND NOW, on this _____ day of _____, 2015, after considering Defendant's Motion for Summary Judgement, Plaintiff's Motion for Partial Summary Judgment, supporting memorandums and all responses thereto, Defendant's motion is **DENIED**, and Plaintiff's Motion for Partial Summary Judgment is **GRANTED**. Defendant is ordered to produce the 104 pages of responsive records to Plaintiff within 14 days of this order. It is further ordered that Plaintiff and Defendant will meet and confer within 14 days of this order and file a proposed schedule for review and potential release of the documents that remain in the possession of the U.S. Attorney.

_____
J.