# U.S. attorney issues subpoena

February 24, 2012

UNIVERSITY PARK, Pa. -- Penn State received a subpoena on Feb. 2 from the U.S. attorney for the Middle District of Pennsylvania requesting certain information from 1998 to the present about Penn State, Graham Spanier, Tim Curley, Gary Schultz, Jerry Sandusky and the Second Mile organization, as well as any records of any payments by Board of Trustees members to the University or to third parties on the University's behalf.

The subpoena also seeks reporting requirements of employers and staff relating to allegations of misconduct by staff or individuals associated with the University. The subpoena also seeks the preservation of emails, computer histories, and hard drives. Because of the volume of information requested, the U.S Attorney Peter Smith has extended the original Feb. 29 deadline for compliance.

Along with every part of the University, the Board of Trustees is cooperating fully with the U.S. attorney's investigation. The victims, the Penn State community and the public deserve to know the facts and see that justice is done, according to a statement from the Board of Trustees. The board is committed to these goals, and that is exactly why the board's Special Investigations Task Force retained Louis Freeh to conduct an independent investigation into the Sandusky matter. Mr. Freeh is a former director of the FBI and former federal judge. As with the U.S. Attorney's office, the board is fully cooperating with Mr. Freeh and the Attorney General's investigation.

Penn State is fully cooperating with this request for information. For the exact contents of the subpoena, go to http://www.psu.edu/ur/2012/openness/DOJ_subpoena.pdf online.

**CONTACTS:**

**Lisa Powers, lmr8@psu.edu**
**Work Phone:** 814-865-7517
http://live.psu.edu/

*Last Updated February 24, 2012*