

**U.S. Department of Justice**

*Peter J. Smith*
*United States Attorney*
*Middle District of Pennsylvania*

---

| | | |
|---|---|---|
| *William J. Nealon Federal Building*<br>*Suite 311*<br>*235 N. Washington Avenue*<br>*P.O. Box 309*<br>*Scranton, PA 18501-0309*<br>*(570) 348-2800*<br>*FAX (570) 348-2037/348-2830* | *Ronald Reagan Federal Building*<br>*Suite 220*<br>*228 Walnut Street*<br>*P.O. Box 11754*<br>*Harrisburg, PA 17108-1754*<br>*(717) 221-4482*<br>*FAX (717) 221-4493/221-2246* | *Herman T. Schneebeli Federal Building*<br>*Suite 316*<br>*240 West Third Street*<br>*Williamsport, PA 17701-6465*<br>*(570) 326-1935*<br>*FAX (570) 326-7916* |

Please respond to:   Harrisburg

February 2, 2012

Cynthia Baldwin
Vice President and General Counsel
The Pennsylvania State University
108 Old Main
University Park, PA 16802

**Re: The Second Mile/Sandusky/ Penn State Federal Investigation**

Dear Ms Baldwin:

    Accompanying this letter you will find a subpoena for certain records of the University. In conjunction with that subpoena, this office requests the preservation of all records and emails of the University, including but not limited to Board meeting minutes, minutes of executive session meetings, disclosure reports and computer hard drives. This would include, but is not limited to, the hard drives of Gary Schultz, Timothy Curley, Graham Spanier and Jerry Sandusky. We further request that you preserve all electronic correspondence to include a preserved image of University server(s), electronic e-mail content, electronic mail logs, radius logs or IP history, subscriber information and account information. Finally, please preserve all source documents related to dealings with The Second Mile and any issue concerning allegations against or actions involving Jerry Sandusky. Should you have any questions, please do not hesitate to contact me.

                            Very truly yours,

                            PETER J. SMITH
                            UNITED STATES ATTORNEY

                            GORDON A.D. ZUBROD
                            FRANCIS P. SEMPA
                            ASSISTANT U.S. ATTORNEY

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT
for the
## Middle District of Pennsylvania

### SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To: Cynthia Baldwin
Vice President and General Counsel
The Pennsylvania State University
108 Old Main
University Park, PA 16802

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: Grand Jury Assembly Room, Ronald Reagan Federal Building 228 Walnut St., P.O. Box 11754, 7th Fl. Harrisburg, PA 17108-1754 | Date and Time: Feb 29, 2012    9:00 a.m. |
|---|---|

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

PLEASE SEE ATTACHMENT.

** IN LIEU OF PERSONAL APPEARANCE, THESE DOCUMENTS MAY BE MAILED TO FOREPERSON, GRAND JURY, ADDRESS BELOW,
ATTN:            Gordon A. Zubrod, Assistant United States Attorney.

Date: Feb 2, 2012

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the United States attorney, or assistant United States attorney, who requests this subpoena, are:

Peter J. Smith
United States Attorney

Gordon A. Zubrod, Assistant U.S. Attorney
Ronald Reagan Federal Building
228 Walnut St., P.O. Box 11754
Harrisburg, PA 17108-1754        (717) 221-4482

# ATTACHMENT

TO: Cynthia Baldwin
Vice President and General Counsel
The Pennsylvania State University
108 Old Main
University Park, PA 16802

Provide any and all records, including but not limited to, the following, January 1998 to the present:

1. Names, addresses of all board members and any payments by said board members to Penn State University or to third parties on behalf of Penn State University;

2. Records of, relating or referring to Gerald Sandusky including emails, correspondence, complaints and interviews;

3. Reports, emails, complaints, external/internal investigations, allegations, letters, correspondence, internal memoranda and out-of-court settlements, relating to Gerald Sandusky, and/or Second Mile;

4. Statements, memoranda, emails, correspondence by/from Gerald Sandusky, relating to allegations of misconduct and inappropriate relationships with minors;

5. Reporting requirements on the part of employers and staff relating to allegations of misconduct by staff members or individuals associated with Pennsylvania State University;

6. The hard drives of Gary Schultz, Timothy Curley, Graham Spanier and Gerald Sandusky;

7. Any and all electronic correspondence relating to Gerald Sandusky, Second Mile and the information sought in paragraphs 1-5, 7-8, to include a preserved imaged of University server(s), electronic e-mail content, electronic mail logs, radius logs or IP history, subscriber information and account information; and

8. Any and all source documents related to dealings with The Second Mile and any issue concerning allegations against or actions involving Gerald Sandusky.