5219 Shorecrest Drive
Middleton, WI 53562

FOIA/Privacy Staff
Executive Office for United States Attorneys
600 E Street, N.W. (BICN Room 7300)
Department of Justice
Washington, DC 20530-0001

Sent via e-mail to USAEO.FOIA.REQUESTS@usdoj.gov

April 30, 2014

Dear FOIA Officer:

Pursuant to the federal Freedom of Information Act, 5 U.S.C. § 552, I hereby request access to any and all records of investigations between November 1, 2011 and today that pertain to allegations of child sexual abuse that occurred on the campus of The Pennsylvania State University.

I agree to pay reasonable duplication fees for the processing of this request. If my request is denied in whole or part, I ask that you justify all deletions by reference to specific exemptions of the act. I also expect you to release all segregable portions of otherwise exempt material. I reserve the right to appeal your decision to withhold any information or to deny a waiver of fees.

Whenever possible, please provide the records in electronic format.

I look forward to your reply within 20 business days, as the statute requires. Please contact me at 608-466-6195 or ryan@ryanbagwell.com with questions. Thank you for your assistance.

Sincerely,

Ryan Bagwell