

**U.S. Department of Justice**

Office of Information Policy
*Suite 11050*
*1425 New York Avenue, NW*
*Washington, DC  20530-0001*

*Telephone: (202) 514-3642*

**August 29, 2014**

Mr. Ryan Bagwell
5219 Shorecrest Drive
Middleton, WI  53562
ryan@ryanbagwell.com

Re:   Appeal No. AP-2014-03511
      Request No. FOIA-2014-02572
      CDT:TAZ

**VIA:  E-mail**

Dear Mr. Bagwell:

     You appealed from the action of the Executive Office for United States Attorneys (EOUSA) on your request for access to records concerning "investigations between November 1, 2011 and today that pertain to allegations of child sexual abuse that occurred on the campus of The Pennsylvania State University."

     After carefully considering your appeal, and as a result of discussions between EOUSA personnel and this Office, I am remanding your request to EOUSA for a search for responsive records.  If EOUSA locates releasable records, it will send them to you directly, subject to any applicable fees.  You may appeal any future adverse determination made by EOUSA.  If you would like to inquire about the status of this remand, please contact EOUSA directly.

     If you are dissatisfied with my action on your appeal, the Freedom of Information Act permits you to file a lawsuit in federal district court in accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,

Sean R. O'Neill
Chief
Administrative Appeals Staff



**U.S. Department of Justice**

Office of Information Policy

*Suite 11050*
*1425 New York Avenue, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*                                **August 29, 2014**

## ADMINISTRATIVE APPEAL REMAND MEMORANDUM

TO: **Susan B. Gerson**
Assistant Director
Freedom of Information/Privacy Act Unit
Executive Office for United States Attorneys

FROM: **Melanie Ann Pustay**
Director

**Sean R. O'Neill**
Chief, Administrative Appeals Staff

SUBJECT: **Instructions for Processing Administrative Appeal Following Remand**

| **Request No. FOIA-2014-02572** | Requester's Name: Ryan Bagwell |
|---|---|
| **Appeal No. AP-2014-03511** | Subject of Request: records concerning investigations between November 1, 2011 and today that pertain to allegations of child sexual abuse that occurred on the campus of the Pennsylvania State University |

The administrative appeal referenced above has been remanded by this Office to EOUSA for further processing. At this time, please reopen this file and perform the following action:

1. Please conduct a search for responsive records, and send any releasable records directly to the requester, subject to applicable fees. While there are third parties involved here who may need privacy protection, any investigations of Penn State University as an entity cannot be protected for privacy reasons. Further, Joe Paterno, one of the primary targets of the investigation, is known to be deceased.

2. Please be advised that the USAO investigation may be ongoing, and so withholding under exemption 7A may be appropriate. A related FBI investigation has been confirmed to be ongoing.

The OIP attorney reviewing this administrative appeal coordinated this action through John Boseker of the FOIA Section. If you have any further questions concerning this action, please do not hesitate to contact Timothy Ziese at 202-514-4453.