**U.S. Department of Justice**

Executive Office for United States Attorneys
Freedom of Information & Privacy Staff
600 E Street, N.W., Suite 7300, Bicentennial Building
Washington, DC 20530-0001
(202) 252-6020   FAX: 252-6047   (www.usdoj.gov/usao)

July 15, 2015

Ryan Bagwell
5219 Shorecrest Drive
Middleton, Wisconsin 53562

*Received 7/18/15*

Re: Request Number: FOIA-2014-03904
Date of Receipt: August 29, 2014
Subject of Request: Records concerning investigations between November 1, 2011 and today that pertain to allegations of child sexual abuse that occurred on the campus of the Pennsylvania State University.

Dear Mr. Bagwell:

Your request for records under the Freedom of Information Act/Privacy Act has been processed. This letter constitutes a reply from the Executive Office for United States Attorneys, the official record-keeper for all records located in this office and the various United States Attorneys' Office.

To provide you with the greatest degree of access authorized by the Freedom of Information Act and the Privacy Act, we have considered your request in light of the provisions of both statutes.

The records you seek are located in a Privacy Act system of records that, in accordance with regulations promulgated by the Attorney General, is exempt from the access provisions of the Privacy Act. 28 CFR § 16.81. We have also processed your request under the Freedom of Information Act and are making all records required to be released, or considered appropriate for release as a matter of discretion, available to you. This letter is a [ X ]   partial   [  ]   full denial.

Enclosed please find:

517     page(s) are being released in full (RIF);
1         page(s) are being released in part (RIP);
104     page(s) are withheld in full (WIF). **The redacted/withheld documents were reviewed to determine if any information could be segregated for release.**

The exemption(s) cited for withholding records or portions of records are marked below. An enclosure to this letter explains the exemptions in more detail.

(B)(3)
(B)(6)
(b)(7)(C)

[ X ]   In addition, this office is withholding grand jury material which is retained in the District.

[ X ]   A review of the material revealed:

    [ X ]   Our office located records that originated with another government component. **These records were found in the U.S. Attorney's Office files and may or may not be responsive to your request.** These records will be referred to the following component(s) listed for review and direct response to you:   Federal Bureau of Investigation

    [ ]   There are public records which may be obtained from the clerk of the court or this office, upon specific request. If you wish to obtain a copy of these records, you must submit a new request. These records will be provided to you subject to copying fees.

    [ ]   Please note that your original letter was split into separate files ("requests"), for processing purposes, based on the nature of what you sought. Each file was given a separate Request Number (listed below), for which you will receive a separate response:

_____

    [ ]   See additional information attached.

This is the final action on this above-numbered request. If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy, United States Department of Justice, Suite 11050, 1425 New York Avenue, Washington, DC 20530-0001, or you may submit an appeal through this Office's eFOIA portal at http://www.justice.gov/oip/efoia-portal.html. Your appeal must be received within sixty days from the date of this letter. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Sincerely,

*[signature]*

Susan B. Gerson
Assistant Director

Enclosure(s)

Form No. 0021nofee – 4/11