# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RYAN BAGWELL**, <br><br> Plaintiff, <br><br> v. <br><br> **UNITED STATES DEPARTMENT OF JUSTICE**, <br> Defendant. | Case No. 15-cv-00531 (CRC) |

## ORDER

Having considered the Defendant's [19] February 29, 2016 status report and supplemental Vaughn Index, the Court finds that the Department of Justice has adequately justified its withholding in full of the 104 previously withheld pages of documents as to which the Court reserved judgment in its December 18, 2015 Memorandum Opinion. See Bagwell v. U.S. Dep't of Justice, No. 15-CV-00531 (CRC), 2015 WL 9272836, at *1 (D.D.C. Dec. 18, 2015). The combination of the supplemental Vaughn Index and the original affidavits also lead the Court to find that DOJ has released all reasonably segregable material in those documents. Therefore, it is hereby

**ORDERED** that Defendant's [12] Motion for Summary Judgment be **GRANTED IN PART** with respect to those documents. It is further

**ORDERED** that Defendant's [12] Motion for Summary Judgment be **DENIED** without prejudice in all other respects. It is further

**ORDERED** that Plaintiff's [13] Cross-Motion for Partial Summary Judgment be **DENIED**. It is further

**ORDERED** that [19] Defendant's Motion to Stay be **DENIED**. It is further

**ORDERED** that any overall objection by Defendant to the burdensomeness of Plaintiff's FOIA request be filed, in the form of a renewed motion for summary judgement (or partial summary judgment), by March 30, 2016.  In this regard, the government is reminded of the guidance offered by the Court at the February 11, 2016 telephonic status conference regarding the adequacy of treating certain groups of self-evident grand jury materials on a categorical basis so as to avoid the need for page-by-page review.  It is further

**ORDERED** that, absent any wholesale burdensomeness objection, Defendant begin processing the request (or any remaining part of the request not challenged as unduly burdensome) upon the payment of applicable processing and duplication fees.  Defendant shall produce all non-exempt material on a monthly, rolling basis.  Defendant shall complete the production and a <u>Vaughn</u> Index of any withheld material within six months of its commencement absent leave of the Court.  The Court will set a schedule for further dispositive motions by either party at the conclusion of the production, as necessary.  It is further

**ORDERED** that the parties <u>jointly</u> file a further status report every 60 days, beginning March 31, 2016.

**SO ORDERED**.

                                            CHRISTOPHER R. COOPER
                                            United States District Judge

Date:   March 3, 2016