## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RYAN BAGWELL** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:15-cv-00531 (CRC) |
| ) | |
| **UNITED STATES DEPARTMENT OF** **)** | |
| **JUSTICE** ) | |
| ) | |
| Defendant. ) | |
| ) | |

### PLAINTIFF'S RESPONSE IN SUPPORT OF DEFENDANT'S
### REQUEST FOR AN EXTENSION OF TIME

Plaintiff Ryan Bagwell hereby responds in support of Defendant's Motion for an

Extension of Time (No. 29). Plaintiff apparently misread an e-mail from Defendant's counsel as

seeking an extension of more than 30 days. Plaintiff has no objection to the Court granting

Defendant's motion to extend the deadline for a response to June 22, 2016.


Respectfully submitted,


Ryan Bagwell
444 Upham St.
Melrose, MA 02176
608-466-6195
ryan@ryanbagwell.com