## IN UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| | ) | |
| RYAN BAGWELL | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Civil Action No. 1:15-cv-00531 (CRC)** |
| | ) | |
| UNITED STATES DEPARTMENT OF JUSTICE | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## THE PARTIES' JOINT STATUS REPORT

Defendant, the U.S. Department of Justice ("DOJ"), by and through its undersigned counsel, and Plaintiff, Ryan Bagwell ("Plaintiff"), hereby file this Joint Status Report pursuant to the Court's Order of March 3, 2016, and respectfully report as follows:

### Defendant's Statement

As of this filing, Mr. Bagwell has not paid any fees or responded to Defendant's March 18, 2016, advanced payment letter, and Defendant cannot continue to process Plaintiff's request until Plaintiff sends advance payment of $3,120.00 or instructs EOUSA on processing to reduce his fees by reformulating his request by limiting the documents to a specific category or categories, or specifying that Plaintiff will pay up to a certain amount, and EOUSA will process the request case up to that amount. Accordingly, as of June 26, 2016, and pursuant to 28 C.F.R. 16.11(i), the district has ceased processing the records until the Court makes a determination about the fee waiver issue.

**Plaintiff's Statement**

The Court's Order of March 3, 2016 instructed the government to process the remainder of Plaintiff's FOIA request "upon the payment of applicable processing and duplication fees" and "produce all non exempt material on a monthly, rolling basis." Subsequently, the government demanded $3,120 before it would search for the remaining records. Plaintiff immediately sought a waiver of fees, which was denied. On May 31, 2016, Plaintiff filed a motion for leave to serve a supplemental pleading challenging the propriety of the denial of his fee-waiver request. That motion is pending before the Court. If the Court grants the requested leave, Plaintiff intends to file a motion for summary judgment on the count that pertains to the denial of his fee-waiver request.

Meanwhile, the government has been sitting on hundreds of thousands of pages of responsive material that it located more than a year ago. For no legitimate reason, it has refused to review those records and release any nonexempt material as instructed. The government apparently believes that it may make the processing of one part of a FOIA request contingent upon the payment of search fees for another part of the same request, but has provided no authority for this decision. Its refusal to process records for which fees have not been sought is a clear violation of the court's March 3, 2016 order. On June 21, 2016, Plaintiff filed a Motion to Hold Defendant in Contempt (ECF No. 31) and sought an order instructing Defendant to process the records that have already been located. That motion is still pending before the Court.

Finally, the Court should be aware that on April 26, 2016, Plaintiff contacted Defendant's counsel in an ongoing attempt to resolve this litigation. Unfortunately, Defendant indicated to Plaintiff it has no interest discussing potential ways to move this litigation forward.

Respectfully submitted,

*/s/ Ryan Bagwell,* Plaintiff
444 Upham St.
Melrose, MA 02176
(608) 466-6195
ryan@ryanbagwell.com

CHANNING D. PHILLIPS
UNITED STATES ATTORNEY
D.C. BAR NUMBER 415793

DANIEL F. VAN HORN, D.C. Bar No.
924092
Chief, Civil Division

*/s/ Rhonda L. Campbell*
RHONDA L. CAMPBELL, D.C. Bar No.
462402
Assistant United States Attorneys
Civil Division
555 4th Street,N.W.
Washington, D.C. 20530
(202) 252-2559
Rhonda.campbell@usdoj.gov
*Counsel for United States*