# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RYAN BAGWELL, ) | |
| Plaintiff, ) | |
| vs. ) | Civil Action No. 15-0531 (CRC) |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| Defendant. ) | |

## **NOTICE TO THE COURT**

Defendants, United States Department of Justice ("DOJ"), and its component, the Executive Office of the United States Attorneys ("EOUSA"), by and through undersigned counsel, respectfully submits this Notice to correct and supplement the parties Joint Status Report (ECF No. 42).

In compliance with this Court's Order, on May 1, 2017, EOUSA sent Plaintiff the final production in response to Plaintiff's Freedom of Information Act request. EOUSA's production was largely news articles, and the only major documents Plaintiff received were the Freeh Report and a report from the Auditor General. Significantly, the United States Department of Justice was not the lead investigator or prosecutor in the criminal case against Jerry Sandusky. The State of Pennsylvania was the lead investigator and prosecutor.

In addition, in the Joint Status Report, Defendants' requested a May 30, 2017 deadline to provide a declaration and Vaughn Index in this matter, however; after more detailed consultation with agency counsel, Defendant EOUSA requests a deadline of June 30, 2017. The Agency counsel responsible for this case has three other litigation deadlines, which already have declarations and Vaughn requirements.

Dated: May 2, 2017

Respectfully submitted,

CHANNING D. PHILLIPS
UNITED STATES ATTORNEY
D.C. BAR NUMBER 415793

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

_____/s/_____
RHONDA L. CAMPBELL, D.C. Bar No. 462402
Assistant United States Attorneys
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2559
Rhonda.campbell@usdoj.gov

*Counsel for United States*