## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **RYAN BAGWELL** | ) |
| | ) |
| **Plaintiff,** | ) |
| vs. | )   Civil Action No. 15-0531 (CRC) |
| | ) |
| **U.S. DEPARTMENT OF JUSTICE,** | ) |
| | ) |
| **Defendants.** | ) |
| _____ | ) |

### OPPOSED MOTION FOR AN EXTENSION OF TIME

United States Department of Justice, and its component, the Executive Office of United States Attorneys ("EOUSA") (collectively "Defendants"), through and by undersigned counsel, respectfully moves the Court to stay this case for one year, including the parties briefing schedule, to and through, June 16, 2018.  Plaintiff opposes this motion.

1

For cause, Defendants state as follows: On June 12, 2017, undersigned counsel was informed of the following: While the United States Attorney's Office for the Middle District of Pennsylvania (USAO-MDPA) was preparing a declaration and Vaughn index pursuant to this Court's May 15, 2017, Order, the USAO-MDPA declarant realized that the District inadvertently failed to produce approximately 260,800 pages of electronic records that are potentially responsive to Plaintiff's FOIA request. (Declaration of D. Brian Simpson ("Simpson Decl.") ¶ 10). Those records should have been to the United States Department of Justice's Litigation Technology Service Center (LTSC) to be uploaded into the Relativity program to be available to EOUSA-FOIA for review and production, subject to any applicable FOIA Exemptions. USAO-MDPA notes that there are approximately 243,000 additional pages of electronic records provided by a state law enforcement agency related to state criminal proceedings that will not be provided to the LTSC and uploaded into the Relativity program at this time. (*Id*.).

Undersigned counsel was also informed that after the potentially responsive records are provided to LTSC and uploaded into Relativity, which should take approximately one week, the review and production of the approximately 260,800 pages of electronic records will take approximately 12-months to review. (Declaration of Princina Stone ("Stone Decl.") ¶ 13).

WHEREFORE, Defendants respectfully request that this Court stay this case, to and through June 16, 2018, to allow the District and EOUSA to process the potentially responsive materials..

Date: June 16, 2017

CHANNING D. PHILLIPS
UNITED STATES ATTORNEY
D.C. BAR NUMBER 415793

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division


_____/s/_____
RHONDA L. CAMPBELL, D.C. Bar No. 462402
Assistant United States Attorneys
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2559
Rhonda.campbell@usdoj.gov

*Counsel for United States*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **RYAN BAGWELL** )<br>)<br>**Plaintiff,** )<br>vs. )<br>)<br>**U.S. DEPARTMENT OF JUSTICE,** )<br>)<br>**Defendants.** )<br>_____ ) | **Civil Action No. 15-0531 (CRC)** |

### [PROPOSED] ORDER

Upon Consideration of the Defendants' motion for an extension of time to file their response, for good cause shown, and the entire record herein, it is hereby

**ORDERED** that Defendants' Motion is **GRANTED**, and this case is stayed until June 16, 2018.

It is so **ORDERED** by the Court this \_\_\_\_\_ day of _____, 2017.

_____
**UNITED STATES DISTRICT JUDGE**