UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RYAN BAGWELL**,

        Plaintiff,

        v.

**UNITED STATES DEPARTMENT OF JUSTICE**,

        Defendant.

Case No. 15-cv-00531 (CRC)

## ORDER

It is hereby **ORDERED** that the current briefing schedule in this case is vacated, and that the case shall proceed according to the following schedule:

- Defendant shall submit a Declaration and Vaughn Index no later than **August 15, 2017**;

- Defendant shall file any motion for summary judgment no later than **August 29, 2017**;

- Plaintiff shall file any opposition or cross-motion for summary judgment no later than **September 26, 2017**;

- Defendant shall file a reply no later than **October 17, 2017**;

- Plaintiff shall file a reply no later than **November 7, 2017**.

It is further **ORDERED** that, in addition to addressing the adequacy of Defendant's search prior to June 2017, the above summary judgment briefing shall also address whether the "approximately 243,000 additional pages of electronic records provided by a state law enforcement agency," referenced at paragraph 10 of Mr. Simpson's Declaration, are properly withheld pursuant to an applicable FOIA exemption.  It is further

**ORDERED** that Plaintiff and Defendant are to meet and confer in order to narrow, prioritize, or otherwise facilitate the processing of the approximately 260,800 pages of records that have been recently uploaded to the EOUSA's Relativity program.  No later than **August 1, 2017**,

the parties are to file either joint or separate proposed schedules for the processing of those remaining documents. It is further

**ORDERED** that [46] Defendant's Motion to Stay is DENIED, [48] Plaintiff's Cross-Motion for Modified Briefing Schedule is DENIED, and [49] Defendant's Motion for Extension of Time to file Reply is DENIED AS MOOT.

**SO ORDERED**.

*Christopher R. Cooper*
CHRISTOPHER R. COOPER
United States District Judge

Date:   July 19, 2017