UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RYAN BAGWELL | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:15-cv-00531 (CRC) |
| | ) |
| UNITED STATES DEPARTMENT OF JUSTICE | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT'S MOTION TO FILE UNDER SEAL

Defendant, the U.S. Department of Justice ("DOJ"), by and through its undersigned counsel, and respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 5.2(d), to order that certain Exhibits (Exhibit Nos. 3-5) in this case be filed under seal. Because Exhibit No. 3 is a state court disclosure order and Exhibit Nos. 4 and 5 are secrecy oaths from federal law enforcement officers, sealing these exhibits is appropriate in this case.

WHEREFORE, Defendant respectfully requests that this Court grant its request to file Exhibit Nos. 3, 4 and 5 under seal. A proposed Order is attached.

Dated: August 15, 2017

Respectfully submitted,

CHANNING D. PHILLIPS
UNITED STATES ATTORNEY
D.C. BAR NUMBER 415793

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

           /s/
RHONDA L. CAMPBELL, D.C. Bar No. 462402
Assistant United States Attorneys
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2559
Rhonda.campbell@usdoj.gov

*Counsel for United States*