**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **RYAN BAGWELL** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**UNITED STATES DEPARTMENT OF** )<br>**JUSTICE** )<br>)<br>**Defendant.** ) | Civil Action No. 1:15-cv-00531 (CRC) |

## ORDER

Based upon consideration of Defendant's Motion to File Under Seal, it is hereby ORDERED that:

1. Defendant's motion is GRANTED;

2. The Administrative Record in this case be received under sealed.

SO ORDERED this ___ day of _____, 2017.

_____
UNITED STATES DISTRICT COURT