UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RYAN BAGWELL ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:15-cv-00531 (CRC) |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| JUSTICE ) | |
| ) | |
| Defendant. ) | |
| ) | |

**STATUS REPORT**

Defendant, the U.S. Department of Justice ("DOJ"), and its sub-component the Executive Office of United States Attorneys ("EOUSA"), by and through its undersigned counsel, pursuant to the Court's August 15, 2017, Order,[1] respectfully reports as follows:

Pursuant to this Court's July 19, 2017, Order, the parties communicated several times in July and August 2017, and made reasonable, but unsuccessful efforts to create a mutual schedule for processing the approximately 200,000 documents discussed in Defendant's Motion to Stay (ECF No. 46).

---

[1] The Defendant's Status Report was due on September 1, 2017. Undersigned counsel inadvertently missed this deadlinedue to a personal matter, and apologizes to the Court.

EOUSA has determined that it does need one year to process the potentially responsive material. EOUSA will process and produce, in applicable on a monthly basis, and provide the Court with status reports every sixty (60) days.

Respectfully submitted,

CHANNING D. PHILLIPS
UNITED STATES ATTORNEY
D.C. BAR NUMBER 415793

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division


_____/s/_____
RHONDA L. CAMPBELL, D.C. Bar No. 462402
Assistant United States Attorneys
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2559
Rhonda.campbell@usdoj.gov

*Counsel for United States*