**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **RYAN BAGWELL**, )<br>)<br>    **Plaintiff,** )<br>vs. )<br>)<br>**U.S. DEPARTMENT OF JUSTICE,** )<br>)<br>    **Defendant.** )<br>_____ ) | **Civil Action No. 15-0531 (CRC)** |

## NOTICE TO THE COURT

Defendants, United States Department of Justice ("DOJ"), and its component, the Executive Office of the United States Attorneys ("EOUSA"), by and through undersigned counsel, respectfully submits this Notice to the Court to provide the information related to EOUSA's Second Supplemental *Vaughn* Index as follows:

According to EOUSA's agency counsel, LTSC Relativity Control Number EMAIL_0044684, is also identified as "calendar matter" in EOUSA's Second Supplemental *Vaughn* Index, page 29.

According to EOUSA's agency counsel, she does not have the actual LTSC numbers to reference for the "published news" documents, however; the records are mostly likely included among the Records Released in Full section of EOUSA's Second Supplemental *Vaughn* Index, beginning on page 23 - description - " Emails circulated among government attorneys and/or law enforcement personnel who were assigned to the PSU/Sandusky investigation discussing newspaper articles and other media reported on various aspects of the PSU/Sandusky matter."

Dated: March 14, 2018      Respectfully submitted,

      JESSIE K. LIU
      UNITED STATES ATTORNEY
      D.C. BAR NUMBER 472845

      DANIEL F. VAN HORN, D.C. Bar No. 924092
      Chief, Civil Division

      _____/s/_____
      RHONDA L. CAMPBELL, D.C. Bar No. 462402
      Assistant United States Attorneys
      Civil Division
      555 4th Street, N.W.
      Washington, D.C. 20530
      (202) 252-2559
      Rhonda.campbell@usdoj.gov

    *Counsel for United States*