UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RYAN BAGWELL ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> JUSTICE ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 1:15-cv-00531 (CRC) |

**THE PARTIES' JOINT STATUS REPORT**

Defendant, the U.S. Department of Justice ("DOJ"), by and through its undersigned counsel, and Plaintiff, Ryan Bagwell ("Plaintiff"), pursuant to the Court's April 25, 2018, Order, directing the parties to file a joint status report by June 1, 2018 as follows:

**Defendant's Response**

On or before May 25, 2018, the Executive Office of United States Attorneys ("EOUSA") and the United States Attorney's Office for the Middle District of Pennsylvania ("USAO-MDPA") have completed all searches as directed in this Court's April 25, 2018, Order.

In addition, EOUSA is currently reviewing the inadvertently overlooked emails for responsive records. As directed by the Court, Defendants propose the following schedule for production of the remand electronic mail:

Beginning in April 2021, EOUSA will begin rolling production of the remand records with production every 60 days until completed.

Notably, for the remand records, EOUSA's will review approximately 10,377 document,

which translate to over 540,000 images to be reviewed. The inadvertently overlooked records are several 100s of thousand pages that require review. Moreover, EOUSA cannot review the inadvertent records and the remand records simultaneously.

**Plaintiff's Response**

The government's proposal amounts to an additional three-year delay in producing records that Plaintiff first sought in 2014. Plaintiff strongly objects to this delay, particularly in light of the fact that the government has failed to provide any justification whatsoever for seeking this delay. In addition, the government's proposal does not include a date on which its production will end. An open-ended schedule that won't even begin for three years is unreasonable, inappropriate and unjustified.

Instead, Plaintiff proposes the following, more reasonable schedule: the government should begin processing the remand emails immediately and make rolling productions every 60 days, with the first production occurring on June 25, 2018. It should end its production of all records by April 25, 2019. This schedule coincides with the court-ordered schedule for producing the inadvertently overlooked records in the court's Minute Order dated April 25, 2018.

Plaintiff recommends that the government employ the use of commonly available technology to identify documents that weren't previously reviewed to ensure it is working as efficiently as possible.

Finally, with regard to the inadvertently overlooked documents, all of the records are responsive since they were obtained in the course of the investigation that Plaintiff is seeking

information about. If the government argues otherwise, Plaintiff will immediately move the court for an order declaring that all of these records are responsive.

Dated: June 1, 2018                              Respectfully submitted,


_____/s/ Ryan Bagwell_____               JESSIE K. LIU
444 Upham Street                                 UNITED STATES ATTORNEY
Melrose, MA 02176                                D.C. BAR NUMBER
(608) 466-6195                                   472845
Email: ryan@ryanbagwell.com
                                                 DANIEL F. VAN HORN, D.C. Bar No. 924092
*Pro se Plaintiff*                               Chief, Civil Division

                                                 _____/s/ Rhonda L. Campbell_____
                                                 Rhonda L. Campbell
                                                 D.C. Bar No. 462402
                                                 Assistant United States Attorneys
                                                 Civil Division
                                                 555 4th Street, N.W.
                                                 Washington, D.C. 20530
                                                 (202) 252-2559
                                                 Rhonda.campbell@usdoj.gov

                                                 *Counsel for United States*