**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **RYAN BAGWELL** ) | |
| ) | |
| **Plaintiff,** ) | |
| vs. ) | **Civil Action No. 15-0531 (CRC)** |
| ) | |
| **U.S. DEPARTMENT OF JUSTICE,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

## NOTICE TO THE COURT

Defendants, United States Department of Justice ("DOJ"), and its component, the Executive Office of the United States Attorneys ("EOUSA"), by and through undersigned counsel, respectfully submit this Notice to the Court.

Pursuant to this Court's instructions as follows:

> "Defendants are directed to clarify by June 19, 2018 whether their reference to "April 2021" on page one of [76] the parties' June 1, 2018 joint status report is correct or whether the date was intended to be "April 2019," when the production of the "inadvertently overlooked" documents is to be completed pursuant to the Court's April 25, 2018 Minute Order."

(*See* June 15, 2018, Minute Order).

The 2021 date is not inaccurate. Because EOUSA date systems do not allow the review of the inadvertently overlooked records and the remand records simultaneously, EOUSA has to begin the rolling production of the remand records after the review of the inadvertently overlooked records. Admittedly, the year 2021 is a placeholder year because EOUSA was unable to represent an accurate year until the actual review begins.

Dated: July 2, 2018                    Respectfully submitted,


                                       JESSIE K. LIU
                                       UNITED STATES ATTORNEY
                                       D.C. BAR NUMBER 472845


                                       DANIEL F. VAN HORN
                                       Chief, Civil Division
                                       D.C. Bar No. 924092

                                       */s/ Rhonda L. Campbell*
                                       RHONDA L. CAMPBELL
                                       Assistant United States Attorney
                                       D.C. Bar No. 462402
                                       555 Fourth St., N.W.
                                       Washington, D.C.  20530
                                       Tel: (202) 252-2559 — Fax: (202) 252-2599
                                       rhonda.campbell@usdoj.gov

                                       *Counsel for United States*