UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RYAN BAGWELL ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:15-cv-00531 (CRC) |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| JUSTICE ) | |
| ) | |
| Defendant. ) | |
| ) | |

## THE PARTIES' JOINT STATUS REPORT

Defendant, the U.S. Department of Justice ("DOJ"), by and through its undersigned counsel, and Plaintiff, Ryan Bagwell ("Plaintiff"), pursuant to the Court's April 25, 2018, Order, as follows:

**Defendant's Statement**

The last production on October 25, 2018 resulted in a nonresponsive records response. The next EOUSA production to Plaintiff is due on December 25, 2018, and Defendant is on schedule to produce before December 25, 2018.

Dated: November 29, 2018                    Respectfully submitted,


_____/s/_Ryan Bagwell_____           JESSIE K. LIU
444 Upham Street                            UNITED STATES ATTORNEY
Melrose, MA 02176                           D.C. BAR NUMBER 472845
(608) 466-6195
Email: ryan@ryanbagwell.com                 DANIEL F. VAN HORN, D.C. Bar No. 924092
                                            Chief, Civil Division

*Prose Plaintiff*                           /s/ *Rhonda L. Campbell*
                                            RHONDA L. CAMPBELL, D.C. Bar No. 462402
                                            Assistant United States Attorneys
                                            Civil Division
                                            555 4th Street, N.W.
                                            Washington, D.C. 20530
                                            (202) 252-2559
                                            Rhonda.campbell@usdoj.gov

                                            *Counsel for United States*