UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RYAN BAGWELL ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:15-cv-531 (CRC) |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| JUSTICE ) | |
| ) | |
| Defendant. ) | |
| ) | |

## THE PARTIES' JOINT STATUS REPORT

Defendant, the U.S. Department of Justice ("DOJ"), by and through its undersigned counsel, and Plaintiff, Ryan Bagwell ("Plaintiff"), pursuant to the Court's April 25, 2018, December 24, 2018, and February 1, 2019, Orders as follows:

**Defendant's Statement**

The last production on October 25, 2018 resulted in a nonresponsive records response. The next EOUSA production to Plaintiff was due on December 25, 2018, but due to the re-assignment of Agency counsel, and EOUSA's new agency counsel needing time to review the case file and records before sending Defendants' FOIA response to Plaintiff, Defendant did not meet the December 25, 2018, deadline.

Finally, Defendant did not meet the January 25, 2019, deadline to the lack of funding under the Appropriations Act.  EOUSA is scheduled to release the next production on February 28, 2019. Defendant will continue adhere to the production schedule as outlined in this Court's July 16, 2018, Minute Order to the extent possible considering the delay in production due to the re-assignment of agency counsel and the lack of funding pursuant to the Appropriations Act.

Dated: February 7, 2019            Respectfully submitted,

\_\_\_\_\_/s/\_Ryan Bagwell_____       JESSIE K. LIU
444UphamStreet                              UNITED STATES ATTORNEY
Melrose,MA02176                             D.C. BAR NUMBER 472845
(608)466-6195
Email: ryan@ryanbagwell.com                 DANIEL F. VAN HORN, D.C. Bar No. 924092
                                            Chief, Civil Division
*Prose Plaintiff*
                                            /s/ *Rhonda L. Campbell*
                                            RHONDA L. CAMPBELL, D.C. Bar No. 462402
                                            Assistant United States Attorneys
                                            Civil Division
                                            555 4th Street,N.W.
                                            Washington, D.C. 20530
                                            (202) 252-2559
                                            Rhonda.campbell@usdoj.gov

                                            *Counsel for United States*