IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| **RYAN BAGWELL** | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Civil Action No. 15-0531 (CRC) |
| | ) | |
| **U.S. DEPARTMENT OF JUSTICE,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

## NOTICE TO THE COURT

Defendants, United States Department of Justice ("DOJ"), and its component, the Executive Office of the United States Attorneys ("EOUSA"), by and through undersigned counsel, respectfully submits this Notice to the Court as follows:

Pursuant to this Court's April 29, 2019, Order, the parties are ordered to appear for a status conference on Friday, May 24, 2019 at 11:00 a.m. Undersigned counsel has a hearing already scheduled for that date and time before Judge Walton in *Bryant v. Purdue*, Case No. 18-cv-3018 Undersigned counsel is available for a hearing in this case immediately following the hearing in *Bryant v. Purdue.*

Dated: April 29, 2019						Respectfully submitted,


JESSIE K. LIU
UNITED STATES ATTORNEY
D.C. BAR NUMBER 472845


DANIEL F. VAN HORN
Chief, Civil Division
D.C. Bar No. 924092

*/s/ Rhonda L. Campbell*
RHONDA L. CAMPBELL
Assistant United States Attorney
D.C. Bar No. 462402
555 Fourth St., N.W.
Washington, D.C.   20530
Tel: (202) 252-2559 — Fax: (202) 252-2599
rhonda.campbell@usdoj.gov

*Counsel for United States*