UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RYAN BAGWELL ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> JUSTICE ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 1:15-cv-00531 (CRC) |

## THE PARTIES' JOINT STATUS REPORT

Defendant, the U.S. Department of Justice ("DOJ"), by and through its undersigned counsel, and Plaintiff, Ryan Bagwell ("Plaintiff"), pursuant to the Court's October 17, 2019, Order, directing the parties to file a joint status report by December 5, 2019 as follows:

**Defendant's Response**

Defendant provided Plaintiff with a final response regarding the "inadvertently overlooked" records on December 4, 2019. Prior to response, EOUSA examined the narrowed pool of records in light of the Court's inquiry regarding grand jury material during the June 13, 2019 status conference.

**Plaintiff's Response**

The government notified Plaintiff on December 4, 2019 that it completed its review of the 11,648 pages of records and would withhold all documents, citing FOIA Exemptions (b)(6), (b)(7)(C) and Rule 6(e) of the Federal Rules of Criminal Procedure (relating to grand jury secrecy). However, the records at issue involve emails between certain university officials

regarding the Penn State/Sandusky matter that will not reveal matters that occurred before the grand jury. Plaintiff believes this wholesale withholding constitutes an act of bad faith because the government is aware of the standard for withholding access to public records based on Rule 6(e) as outlined in *Senate of Puerto Rico v. U.S. Dept of Justice*, 823 F.2d 574 (D.C. Cir. 1987), and it cannot meet that standard.

Additionally, pursuant to the Court's October 17, 2019 order, Plaintiff began to confer with the government's counsel regarding a proposed production schedule for the so-called "remand records." The parties plan to file a joint proposed production schedule for the remand records by January 4, 2020.

Dated: December 5, 2019                                     Respectfully submitted,

_____/s/ Ryan Bagwell_____
444 Upham Street
Melrose, MA 02176
(608) 466-6195
Email: ryan@ryanbagwell.com

*Prose Plaintiff*

JESSIE K. LIU
UNITED STATES ATTORNEY
D.C. BAR NUMBER
472845

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

_____/s/ Rhonda L. Campbell_____
Rhonda L. Campbell
D.C. Bar No. 462402
Assistant United States Attorneys
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2559
Rhonda.campbell@usdoj.gov

*Counsel for United States*