# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RYAN BAGWELL ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:15-cv-531 (CRC) |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| JUSTICE ) | |
| ) | |
| Defendant. ) | |
| ) | |

## THE PARTIES' JOINT STATUS REPORT

Defendant, the U.S. Department of Justice ("DOJ"), by and through its undersigned counsel, and Plaintiff, Ryan Bagwell ("Plaintiff"), pursuant to the Court's January 9, 2020 Order, state as follows:

### Defendant's Statement

It is Defendant's understanding that Mr. Bagwell does not want to narrow, therefore, Defendant offers to review 500 pages per month. For Bagwell III, if this Court ordered 2,000 pages per month, but given the number of records it would still take Defendant over 10 years to process this request as it is overly burdensome.

### Plaintiff's Statement

The government has informed Plaintiff that roughly 500,000 pages comprise the so-called "remand records." It is unclear how many duplicates exist within this set of records, and how many of these records have already been reviewed as part of the government's earlier production efforts in this case. Plaintiff is unable to propose a production schedule without more fully

understanding the ultimate level of effort.

For comparison purposes, the earlier production efforts began with a universe of about 300,000 pages of records, and, after removing duplicates, 115,000 pages still had to be processed Second Suppl. Decl. of Princina Stone (ECF No. 54-4). The government completed the processing of those records in approximately 10 months.

Based on the foregoing, a production schedule of 10 years is far too long, and a production schedule of a year or less would be far more reasonable.

Dated: January 16, 2020

Respectfully submitted,

_____/s/_Ryan Bagwell_____
444 Upham Street
Melrose, MA02176
(608)466-6195
ryan@ryanbagwell.com

*Pro se Plaintiff*

JESSIE K. LIU
UNITED STATES ATTORNEY
D.C. BAR NUMBER
472845

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

/s/ *Rhonda L. Campbell*
RHONDA L. CAMPBELL, D.C. Bar No. 462402
Assistant United States Attorneys
Civil Division
555 4th Street,N.W.
Washington, D.C. 20530
(202) 252-2559
Rhonda.campbell@usdoj.gov

*Counsel for United States*