UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RYAN BAGWELL | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:15-cv-531 (CRC) |
| | ) | |
| UNITED STATES DEPARTMENT OF JUSTICE | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DEFENDANT'S STATUS REPORT

Defendant, the U.S. Department of Justice ("DOJ"), by and through its undersigned counsel, pursuant to the Court's April 25, 2018, December 24, 2018, and February 1, 2019, Orders updates the Court as follows:

The Executive Office of United States Attorneys ("EOUSA") provided Mr. Bagwell with the final response for Bagwell II on December 4, 2019. EOUSA checked the remanded records, Bagwell III, and informed Mr. Bagwell there were approximately 540,620 pages in Bagwell III, and asked if Mr. Bagwell would be amenable to narrow the pool of potentially responsive records. Mr. Bagwell responded that he would narrow the terms to 1) emails sent/received between November 1, 2011 and December 31, 2013 (including any attachments); and 2) EOUSA may exclude emails that consist entirely of news stories.

EOUSA worked with LTSC and narrowed the pool of records, which resulted in approximately 450,000 pages of records to be reviewed. EOUSA has begun review to provide Mr. Bagwell with interim responses, but the request continues to be overly burdensome, and this process will take EOUSA over 15 years to complete the processing of 450,000 pages of records.

Dated: January 21, 2020                    Respectfully submitted,

                                        JESSIE K. LIU
                                        UNITED STATES ATTORNEY
                                        D.C. BAR NUMBER 472845

                                        DANIEL F. VAN HORN, D.C. Bar No. 924092
                                        Chief, Civil Division

                                        /s/ *Rhonda L. Campbell*
                                        RHONDA L. CAMPBELL, D.C. Bar No. 462402
                                        Assistant United States Attorneys
                                        Civil Division
                                        555 4th Street,N.W.
                                        Washington, D.C. 20530
                                        (202) 252-2559
                                        Rhonda.campbell@usdoj.gov

                                        *Counsel for United States*