# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RYAN BAGWELL ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:15-cv-00531 (CRC) |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| JUSTICE ) | |
| ) | |
| Defendant. ) | |

## THE PARTIES' JOINT STATUS REPORT

Defendant, the U.S. Department of Justice ("DOJ"), by and through its undersigned counsel, and Plaintiff, Ryan Bagwell ("Plaintiff"), hereby file this Joint Status Report pursuant to the Court's Order of March 26, 2020, and respectfully report as follows:

**Plaintiff's Statement**

Plaintiff is satisfied with the government's efforts to separate email records from attachments and remove duplicate emails. Those efforts have resulted in a total of approximately 4,982 pages that will need to be processed. Plaintiff agrees to limit the universe of potentially responsive "remand records" to these 4,982 pages. In addition, should any responsive emails refer to attachments, the government has agreed to process attachments from up to 10 emails at Plaintiff's request.

Plaintiff asks the Court to order the government to complete the processing of the 4,982 pages of "remand records" in six months. When processing is complete, Plaintiff will work with the government to formulate a timeline for processing any attachments if necessary.

**Defendant's Statement**

Defendant agrees with Plaintiff's statement and believes the six months processing rate requested is reasonable.

Respectfully submitted,

| | |
|---|---|
| */s/ Ryan Bagwell,* Plaintiff | CHANNING D. PHILLIPS |
| 444 Upham St. | UNITED STATES ATTORNEY |
| Melrose, MA 02176 | D.C. BAR NUMBER 415793 |
| (608) 466-6195 | |
| ryan@ryanbagwell.com | DANIEL F. VAN HORN, D.C. Bar No. 924092 |
| | Chief, Civil Division |
| | |
| | */s/ Rhonda L. Campbell* |
| | RHONDA L. CAMPBELL, D.C. Bar No. 462402 |
| | Assistant United States Attorneys |
| | Civil Division |
| | 555 4th Street, N.W. |
| | Washington, D.C. 20530 |
| | (202) 252-2559 |
| | Rhonda.campbell@usdoj.gov |

*Counsel for United States*