# Exhibit A

**EXHIBIT A**



**U.S. Department of Justice**

Executive Office for United States Attorneys
Freedom of Information and Privacy Staff

---

*175 N Street, NE*
*Suite 5.400, 3CON Bldg.*
*Washington, DC  20530*

*(202) 252-6020*
*FAX (202)252-6048*

December 4, 2019

Ryan Bagwell
444 Upham Street
Melrose, Massachusetts 02176
ryan@ryanbagwell.com

Re:  Request Number: FOIA-2014-03904
Subject of Request: Records concerning allegations of child sexual abuse that occurred on the campus of the Pennsylvania State University; [IN LITIGATION] *Bagwell v. DOJ*, Civil Action No. 1:15-cv-00531 (CRC)

Dear Mr. Bagwell:

Your request for records under the Freedom of Information Act/Privacy Act has been processed.  This letter constitutes the sixth interim response from the Executive Office for United States Attorneys, the official record-keeper for all records located in this office and the various United States Attorneys' Office.  The records reviewed and processed for this FOIA response are those that were inadvertently overlooked by the United States Attorney's Office for the Middle District of Pennsylvania ("USAO-MDPA").  This letter is the final response for the inadvertently overlooked records ("Bagwell II")

To provide you with the greatest degree of access authorized by the Freedom of Information Act ("FOIA") and the Privacy Act, we have considered your request in light of the provisions of both statutes.

The records you seek are located in a Privacy Act system of records that, in accordance with regulations promulgated by the Attorney General, is exempt from the access provisions of the Privacy Act,  28 CFR § 16.81.  We have also processed your request under FOIA and are making any records required to be released, or considered appropriate for release as a matter of discretion, available to you.  This letter is a full denial.

Enclosed please find:

11,648  page(s) are withheld in full (WIF).  **The redacted/withheld documents were reviewed to determine if any information could be segregated for release.**

The exemption(s) cited for withholding records or portions of records are marked below. An enclosure to this letter explains the exemptions in more detail.

(b)(3)
(b)(6)
(b)(7)(C)

[X]   See additional information attached.

Because this matter is in litigation, we have omitted our standard paragraph concerning administrative appeal procedures. If you have any questions about this matter, please contact DOJ, Assistant United States Attorney Rhonda Campbell at (202) 252-2559.

Sincerely,

Kevin Krebs
Assistant Director

Form No. 049 – 4/16

2



**U.S. Department of Justice**

Executive Office for United States Attorneys
Freedom of Information and Privacy Staff

---

*175 N Street, NE*  
*Suite 5.400, 3CON Bldg.*       *(202) 252-6020*  
*Washington, DC  20530*      *FAX (202)252-6048*

April 12, 2021

Ryan Bagwell  
444 Upham Street  
Melrose, Massachusetts 02176  
ryan@ryanbagwell.com

Re:  Request Number: FOIA-2014-03904  
Subject of Request: Records concerning allegations of child sexual abuse that occurred on the campus of the Pennsylvania State University; [IN LITIGATION] *Bagwell v. DOJ*, Civil Action No. 1:15-cv-00531 (CRC)

Dear Mr. Bagwell:

    Your request for records under the Freedom of Information Act/Privacy Act has been processed.  This letter constitutes the sixth interim response from the Executive Office for United States Attorneys, the official record-keeper for all records located in this office and the various United States Attorneys' Office.  The records reviewed and processed for this FOIA response are those that were inadvertently overlooked by the United States Attorney's Office for the Middle District of Pennsylvania ("USAO-MDPA"). This letter is the supplemental final response for the inadvertently overlooked records ("Bagwell II")

    To provide you with the greatest degree of access authorized by the Freedom of Information Act ("FOIA") and the Privacy Act, we have considered your request in light of the provisions of both statutes.

    The records you seek are located in a Privacy Act system of records that, in accordance with regulations promulgated by the Attorney General, is exempt from the access provisions of the Privacy Act,  28 CFR § 16.81.  We have also processed your request under FOIA and are making any records required to be released, or considered appropriate for release as a matter of discretion, available to you.  This letter is a full denial.

    Enclosed please find:

<u>11,648</u>  page(s) are withheld in full (WIF).  **The redacted/withheld documents were reviewed to determine if any information could be segregated for release.**

      The exemption(s) cited for withholding records or portions of records are marked below. An enclosure to this letter explains the exemptions in more detail.

(b)(3)
(b)(6)
(b)(7)(C)
(b)(7)(D)

      Because this matter is in litigation, we have omitted our standard paragraph concerning administrative appeal procedures. If you have any questions about this matter, please contact DOJ, Assistant United States Attorney Rhonda Campbell at (202) 252-2559.

Sincerely,

Kevin Krebs
Assistant Director



**U.S. Department of Justice**

Executive Office for United States Attorneys
Freedom of Information and Privacy Staff

*175 N Street, NE*
*Suite 5.400, 3CON Bldg.*
*Washington, DC  20530*

*(202) 252-6020*
*FAX (202)252-6048*

October 21, 2020

Ryan Bagwell
444 Upham Street
Melrose, Massachusetts 02176
ryan@ryanbagwell.com

Re:  Request Number: FOIA-2014-03904

Subject of Request: Records concerning allegations of child sexual abuse that occurred on the campus of the Pennsylvania State University; [IN LITIGATION] *Bagwell v. DOJ*, Civil Action No. 1:15-cv-00531 (CRC) (also known as Bagwell III)

Dear Mr. Bagwell:

　　Your request for records under the Freedom of Information Act/Privacy Act has been processed.  This letter constitutes the final response from the Executive Office for United States Attorneys, the official record-keeper for all records located in this office and the various United States Attorneys' Office.  Among the records reviewed and processed for this FOIA response are those that were inadvertently overlooked by the United States Attorney's Office for the Middle District of Pennsylvania ("USAO-MDPA").

　　To provide you with the greatest degree of access authorized by the Freedom of Information Act ("FOIA") and the Privacy Act, we have considered your request in light of the provisions of both statutes.

　　The records you seek are located in a Privacy Act system of records that, in accordance with regulations promulgated by the Attorney General, is exempt from the access provisions of the Privacy Act.  28 CFR § 16.81.  We have also processed your request under FOIA and are making any records required to be released, or considered appropriate for release as a matter of discretion, available to you.  To date, we have determined that 14 records reviewed thus far, that were located using the agreed upon search terms are, are responsive to your FOIA request.  The remaining documents reviewed for this release were determined to be non-responsive to your FOIA request.

Enclosed please find:

　  45   page(s) are being released in full (RIF);
　 153  page(s) are being released in part (RIP).

The exemption(s) cited for withholding records or portions of records are marked below. An enclosure to this letter explains the exemptions in more detail.

b3- FRCP, Rule 6e
b5
b6
b7C
b7D
b7E

In addition, our office located records that originated with another government component. **These records were found in the U.S. Attorney's Office files.** These records will be referred to the following component(s) listed for review and direct response to you: Department of Education and Federal Bureau of Investigation

Because this matter is in litigation, we have omitted our standard paragraph concerning administrative appeal procedures. If you have any questions about this matter, please contact DOJ, Assistant United States Attorney Brenda Gonzalez Horowitz at Brenda.Gonzalez.Horowitz@usdoj.gov.

Sincerely,

Kevin Krebs
Assistant Director

Form No. 049 – 4/16

2



**U.S. Department of Justice**

Executive Office for United States Attorneys
Freedom of Information and Privacy Staff

---

*175 N Street, NE*  
*Suite 5.400, 3CON Bldg.*           *(202) 252-6020*  
*Washington, DC  20530*           *FAX (202)252-6048*

October 21, 2020

Ryan Bagwell  
444 Upham Street  
Melrose, Massachusetts 02176  
ryan@ryanbagwell.com

Re:  Request Number: FOIA-2014-03904  
Subject of Request:  Records concerning allegations of child sexual abuse that occurred on the campus of the Pennsylvania State University; [IN LITIGATION] *Bagwell v. DOJ*, Civil Action No. 1:15-cv-00531 (CRC) (also known as Bagwell III)

Dear Mr. Bagwell:

    Your request for records under the Freedom of Information Act/Privacy Act has been processed.  This letter constitutes a supplemental response from the Executive Office for United States Attorneys, the official record-keeper for all records located in this office and the various United States Attorneys' Office.  Among the records reviewed and processed for this FOIA response are those that were from the remanded search that were sent out for referrals to the Department of Education and the FBI and five pages of release in part records EOUSA believes were possibly missing from the October 2020 response letter. This letter also serves to clarify the number of duplicates and withheld in full records from the October 2020 response, and includes the withhold in full and duplicates for the originally referred records.

    To provide you with the greatest degree of access authorized by the Freedom of Information Act ("FOIA") and the Privacy Act, we have considered your request in light of the provisions of both statutes.

    The records you seek are located in a Privacy Act system of records that, in accordance with regulations promulgated by the Attorney General, is exempt from the access provisions of the Privacy Act.  28 CFR § 16.81.  We have also processed your request under FOIA and are making any records required to be released, or considered appropriate for release as a matter of discretion, available to you.

Enclosed please find:

    __1__   page(s) are being released in full (RIF);  
   __14__  page(s) are being released in part (RIP);

___259___ page(s) are withheld in full (WIF).  The redacted/withheld documents were reviewed to determine if any information could be segregated for release.
___174___ page(s) are duplicate pages.

     The exemption(s) cited for withholding records or portions of records are marked below.  An enclosure to this letter explains the exemptions in more detail.

     b5
     b6
     b7C

     Because this matter is in litigation, we have omitted our standard paragraph concerning administrative appeal procedures.  If you have any questions about this matter, please contact DOJ, Assistant United States Attorney Brenda Gonzalez Horowitz at Brenda.Gonzalez.Horowitz@usdoj.gov.

     Sincerely,

     Kevin Krebs
     Assistant Director