UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RYAN BAGWELL,<br><br>            *Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>            *Defendant*. | Civil Action No. 15-0531 (CRC) |

## [PROPOSED] ORDER

Upon consideration of Defendant's Motion for Summary Judgment, Plaintiff's opposition, any cross-motions thereto, and the entire record herein, it is hereby ORDERED that Defendant's motion is GRANTED.

It is further ORDERED that judgment is entered in favor of the Department of Justice in this Freedom of Information Act litigation.

SO ORDERED.

_____  
Dated

_____  
CHRISTOPHER R. COOPER  
United States District Judge